08CV2554
JUDGE GETTLEMAN
MAG. JUDGE KEYS

**FILED**
J:N 5-5-2008
MAY X 5 2008
SE LITIGANTS
MICHAEL W. DOBBINS
DISTRICT CLERK, U.S. DISTRICT COURT
OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Wendy Wilson
(Please print)

STREET ADDRESS: 8626 Trumbull

CITY/STATE/ZIP: Skokie IL 60076

PHONE NUMBER: 847-983-4260

CASE NUMBER:

_____          5/5/08
Signature                         Date