MHN

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Plaintiff(s) **Wendy Wilson**

v.

Defendant(s) **Walgreens Cor**

FILED
J.N
MAY X 5 2008
5-5-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 08CV2554
JUDGE GETTLEMAN
MAG. JUDGE KEYS

**MOTION FOR APPOINTMENT OF COUNSEL**

1. I, **Wendy Wilson**, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Wendy Wilson_     _8626 Trumbull_
Movant's Signature     Street Address

_5/5/08_     _Skokie IL 60076_
Date     City, State, ZIP