IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WENDY WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 08CV2554 |
| | ) | |
| v. | ) | Judge Gettleman |
| | ) | |
| WALGREEN CO., | ) | Mag. J. Keys |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ADDITIONAL TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant, Walgreen Co., moves the Court for the entry of an Order granting Defendant additional time, up to and including August 5, 2008, within which to file an answer or otherwise respond to Plaintiff's Complaint. In support of this motion, Defendant states as follows:

1. Plaintiff filed the instant *pro se* Complaint alleging violations of Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981 on May 7, 2008.

2. Although summons was not served on Defendant's registered agent (but rather on one of Defendant's receptionists), the summons was returned executed by the U.S. Marshal's Office as to Defendant on June 13, 2008. (See Docket No. 8.) If service on Defendant had been effective, Defendant's answer or other responsive pleading to Plaintiff's Complaint would have been due on July 3, 2008.

3. Defendant is willing to waive service of summons provided that it is granted until August 5, 2008 (i.e., twenty-one days from the date of filing of this motion) to file an answer or otherwise respond to Plaintiff's Complaint.

79446.1

      4.      Defendant requests this brief additional time because its counsel was retained today and requires this time to conduct its fact investigation and to prepare a responsive pleading to Plaintiff's Complaint.

      5.      This motion is not made for the purpose of delay, and Plaintiff will not be prejudiced by the short extension requested.

      6.      Counsel for Defendant communicated with Plaintiff on July 15, 2008, about the present motion, and Plaintiff indicated that she took no position with respect to the extension of time requested herein.

      WHEREFORE Defendant, Walgreen Co., moves the Court for additional time, up to and including August 5, 2008, within which to file an answer or other responsive pleading to Plaintiff's Complaint.

Dated: July 15, 2008                                    /s/   Christy E. Phanthavong
                                                                   One of the Attorneys for Defendant,
                                                                   Walgreen Co.

William J. Wortel
Christy E. Phanthavong
Bryan Cave LLP
161 North Clark Street
Suite 4300
Chicago, Illinois  60601
(312) 602-5000
(312) 602-5050 (facsimile)
Email:  bill.wortel@bryancave.com
Email: christy.phanthavong@bryancave.com

79446.1

## CERTIFICATE OF SERVICE

I, Christy E. Phanthavong, one of the attorneys for Defendant, Walgreen Co., states that on July 15, 2008, she served a true and correct copy of the foregoing *Defendant's Motion for Additional Time to Answer or Otherwise Plead to Plaintiff's Complaint* by causing said document to be served through the Court's e-filing system and also deposited in the United States mail at 161 N. Clark Street, Chicago, IL 60601, proper postage prepaid, addressed as follows:

> Wendy Wilson
> 8626 Trumbull
> Skokie, Illinois 60076

    s/   Christy E. Phanthavong
    Christy E. Phanthavong