IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WENDY WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 08CV2554 |
| | ) | |
| v. | ) | Judge Gettleman |
| | ) | |
| WALGREEN CO., | ) | Mag. J. Keys |
| | ) | |
| Defendant. | ) | |

**DEFENDANT WALGREEN CO.'S CORPORATE**
**<u>DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant, Walgreen Co., states as follows:

1. Walgreen Co. has no parent corporation.

2. Walgreen Co. has no publicly-held affiliates (where "affiliate" is defined, in the case of a corporation, as any entity owning more than 5% of the corporation).

Dated: July 15, 2008                              /s/ Christy E. Phanthavong_____
                                                  One of the Attorneys for Defendant,
                                                  Walgreen Co.

William J. Wortel
Christy E. Phanthavong
Bryan Cave LLP
161 North Clark Street
Suite 4300
Chicago, Illinois 60601
(312) 602-5000
(312) 602-5050 (facsimile)
Email: bill.wortel@bryancave.com
Email: christy.phanthavong@bryancave.com

79447.1

## CERTIFICATE OF SERVICE

I, Christy E. Phanthavong, one of the attorneys for Defendant, Walgreen Co., states that on July 15, 2008, she served a true and correct copy of the foregoing *Defendant Walgreen Co.'s Corporate Disclosure Statement and Notification of Affiliates* by causing said document to be served through the Court's e-filing system and also deposited in the United States mail at 161 N. Clark Street, Chicago, IL 60601, proper postage prepaid, addressed as follows:

>Wendy Wilson
>8626 Trumbull
>Skokie, Illinois 60076

>  s/ Christy E. Phanthavong_____
>Christy E. Phanthavong