UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WENDY WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 2554 |
| | ) | |
| vs. | ) | Judge Robert W. Gettleman |
| | ) | |
| WALGREEN CO., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Wendy Wilson
      8626 Trumbull
      Skokie, IL 60076

PLEASE TAKE NOTICE that, on Thursday, the 24th day of July, 2008, at the hour of 9:15 a.m., we shall appear before Judge Gettleman, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1703 at the Dirksen Federal Building, Chicago, Illinois, and shall then and there present *Defendant's Motion for Additional Time to Answer or Otherwise Plead to Plaintiff's Complaint*, a copy of which has been filed and served upon you.

Date: July 15, 2008          Respectfully submitted,

                             By:  /s/ Christy E. Phanthavong
                                  One of the Attorneys for Defendant,
                                  Walgreen Co.

CH01DOCS79471.1

-2-

William J. Wortel
Christy E. Phanthavong
BRYAN CAVE LLP
161 N. Clark Street
Suite 4300
Chicago, Illinois  60601
(312) 602-5000 (telephone)
(312) 602-5050 (facsimile)
Email:  bill.wortel@bryancave.com
Email:  christy.phanthavong@bryancave.com

## **CERTIFICATE OF SERVICE**

I, Christy E. Phanthavong, an attorney, certify that on July 15, 2008 I caused a copy of the foregoing *Notice of Motion* to be served through the Court's electronic filing system and also deposited in the U.S. mail at 161 N. Clark St., Chicago, IL 60601 addressed as follows:

>   Wendy Wilson
>   8626 Trumbull
>   Skokie, IL 60076

/s/ Christy E. Phanthavong
Christy E. Phanthavong