## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2554 | **DATE** | 8/18/2008 |
| **CASE TITLE** | Wendy Wilson vs Walgreens Co. | | |

**DOCKET ENTRY TEXT:**

Joint status report is due by 9/10/2008.
Status hearing is set for 9/18/2008, at 9:00 a.m.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | | Courtroom Deputy | GDS |
|---|---|---|---|